UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEIL ROBERSON,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>KARIN ARNOLD,<br><br>　　　　　　　Respondent. | CASE NO. 2:25-cv-00721-MJP-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　This federal habeas action is duplicative of another federal habeas action pending before this Court at the time Petitioner initiated this action. Therefore, Petitioner's federal habeas Petition is denied, and this action is DISMISSED without prejudice.

(3)　Petitioner's IFP motion (Dkt. 1) and his other proposed motions and requests (Dkts. 1-6, 1-7, 1-8, 1-10, 1-11, 1-12, 1-14, 1-15, 1-16, 1-17, 1-18, 1-19) are denied as moot.

(4) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 12th day of May, 2025.

MARSHA J. PECHMAN
United States District Judge